**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Vinicio Antonio JIMENEZ–DIAZ, a.k.a. Vinicio Jimenez, Defendant–Appellant.**

**No. 14–10153.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2015.*

Filed Feb. 24, 2015.

Serra Marie Tsethlikai, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Peter B. Keller, Esquire, Law Office of Peter B. Keller, Tucson, AZ, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

MEMORANDUM ***

Vinicio Antonio Jimenez–Diaz appeals from the district court's judgment and challenges the six-month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jimenez–Diaz contends that the district court procedurally erred by failing to give adequate consideration to his request that the sentence imposed upon revocation of supervised release run concurrently to the sentence imposed for Jimenez–Diaz's new criminal conviction. We review for plain error, *see United States v. Miqbel,* 444 F.3d 1173, 1176 (9th Cir.2006), and find none. The record reflects that the court considered Jimenez–Diaz's argument and sufficiently explained the sentence. *See United States v. Carty,* 520 F.3d 984, 992 (9th Cir.2008) (en banc).

**AFFIRMED.**

***  This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.